UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――― x
:
BAYER HEALTHCARE LLC, :
:
        Plaintiff, :
:
        v. : 11 CIV. 6347 (PKC)
:
CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC : ECF CASE
PET MEDS, RONIN VENTURES PTE. LTD. d/b/a :
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO : **NOTICE OF**
SUPPLIERS PTY LTD d/b/a FREEDOM- : **VOLUNTARY DISMISSAL**
PHARMACY.COM and USAPHARMACYPILLS.COM, : **WITH PREJUDICE**
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE :
PHARMACY EXPRESS, SAVA MEDICARE LTD., and :
ABC COMPANIES 1-100, :
:
        Defendants. :
:
――――――――――――――――――――――――― x

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Bayer HealthCare LLC dismisses its claims against defendant Cipla Ltd. in the above-entitled action with prejudice.

Dated:  New York, New York
            November 7, 2011

                DEBEVOISE & PLIMPTON LLP


                By:  /s/ David H. Bernstein
                    David H. Bernstein (dhbernstein@debevoise.com)
                    Michael Schaper (mschaper@debevoise.com)
                    Christopher J. Hamilton (cjhamilton@debevoise.com)
                    Benjamin Sirota (bsirota@debevoise.com)
919 Third Avenue
New York, New York  10022
Tel. (212) 909-6696
Fax (212) 521-7696

*Attorneys for Plaintiff Bayer HealthCare LLC*