USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

BAYER HEALTHCARE LLC,

    Plaintiff,

    v.

CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC
PET MEDS, RONIN VENTURES PTE. LTD. d/b/a
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO
SUPPLIERS PTY LTD d/b/a FREEDOM-
PHARMACY.COM and USAPHARMACYPILLS.COM,
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE
PHARMACY EXPRESS, SAVA MEDICARE LTD. and
ABC COMPANIES 1-100,

    Defendants.

——————————————————————— x

11 CIV. 6347 (PKC)

ECF CASE

**CLERK'S
CERTIFICATE**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that on November 3, 2011, plaintiff filed an amended complaint, and, on November 2, 2011, a copy of the amended complaint was served on defendant Ronin Ventures Pte. Ltd. d/b/a Trusted Pet Meds ("Trusted Pet Meds"), by e-mailing said documents to Trusted Pet Meds at sales@trustedpetmeds.com and support@trustedpetmeds.com. Proof of such service was filed on November 3, 2011.

23530770v2

I further certify that the docket entries indicate that defendant Trusted Pet Meds has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Trusted Pet Meds is hereby noted.

Dated: New York, New York
       November 23, 2011

                                    **RUBY J. KRAJICK**
                                    Clerk of the Court

                                    By: _____
                                        Deputy Clerk

23530770v2