```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:  11/23/11            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x
                               :

BAYER HEALTHCARE LLC, :

            Plaintiff, :

               v. : 11 CIV. 6347 (PKC)

               :
CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC : ECF CASE
PET MEDS, RONIN VENTURES PTE. LTD. d/b/a :
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO : **CLERK'S**
SUPPLIERS PTY LTD d/b/a FREEDOM- : **CERTIFICATE**
PHARMACY.COM and USAPHARMACYPILLS.COM, :
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE :
PHARMACY EXPRESS, SAVA MEDICARE LTD. and :
ABC COMPANIES 1-100, :
               :
           Defendants. :
               :
———————————————————————————— x

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that on November 3, 2011, plaintiff filed an

amended complaint, and, on November 2, 2011, a copy of the amended complaint was

served on defendant OKPet.com by e-mailing said documents to OKPet.com at

info@okpet.com and techsupport@okpet.com. Proof of such service was filed on

November 3, 2011.

23530766v3

I further certify that the docket entries indicate that defendant OKPet.com has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant OKPet.com is hereby noted.

Dated: New York, New York
     November 23, 2011

                                      **RUBY J. KRAJICK**
                                      Clerk of the Court

                                      By: _____
                                              Deputy Clerk

2