AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Bayer HealthCare LLC,<br><br>*Plaintiff*<br><br>v.<br>CIPLA LTD , Veritas Pharma Pte. Ltd. d/b/a OTC PET MEDS, Ronin Ventures Pte Ltd. d/b/ a TRUSTED PET MEDS, OKPET.COM, Archipelago Suppliers Pty Ltd d/b/a FREEDOM-PHARMACY COM and USAPharmacyPills.com, Healthy Choice Pharmacy.com Inc d/b/a THE PHARMACY EXPRESS, Sava Medicare Ltd, and ABC COMPANIES 1-100,<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 11 Civ. 6347 (PKC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sava Medicare Ltd.

Expost Office, Freeport Zone #9, SSR,
International Airport, Plaine Magnien, Mauritius.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Bernstein
> Debevoise & Plimpton, LLP
> 919 Third Avenue
> New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 11/3/11

## IN THE SUPREME COURT OF MAURITIUS

### AFFIDAVIT OF SERVICE

In the matter of :-

Bayer Healthcare LLC

Plaintiiff

v/s

Cipla Ltd., Veritas Pharma Pte. Ltd d/d/a OTC Pet Meds, Ronin Ventures Pte. d/d/a Trusted Pet Meds, OKPet.com, Archipelago Suppliers Pty Ltd d/d/a Fredom – Pharmacy.com and USA PharmacyPills.com, Healthy Choice Pharmacy.com Inc d/d/a The Pharmacy Express, Sava Medicare Ltd and ABC Companies 1-100

Defendants

I, **Christian Jean Patrick BIBI**, Court Usher of The Supreme Court of Mauritius and residing at Petit Verger, Pointe Aux Sables and bearer of a National Identity Card Number B 3110700301789G.

### MAKE OATH AND SAY THAT:-

1.- I am a Court Usher of the Supreme Court of Mauritius and as such empowered by Laws of Mauritius to serve Court processes and other documents on any person or body within the jurisdiction of the this Court.

2.- On Thursday, the 1st December, 2011, at 11hrs I duly served upon: **Sava Medicare Ltd** the following documents:-

(i) A Certified copy of Summons in a Civil Action dated 3rd November 2011 duly apostilled and issued by the United States District Court of New York.

(ii) A Certified copy of Amended Complaint and Demand for Jury Trial duly apostilled dated 2nd November, 2011.

(iii) A copy of the Electronic Case Filing Rules & Instructions dated 4th April, 2011.

(iv) A copy of Court Order dated 15th September, 2011.

(v) A copy of the Individual Practices of Judge P. Kevin Castel dated 3rd October, 2011.

- by leaving true and certified copies thereof with *Mr. Vijay PAWAK, an Office Manager,* found at the Registered Office of Sava Medicare Ltd situate at Expost Office, Freeport Zone # 9, SSR International Airport, Plaine Magnien.

LF Rs 150
UF Rs 150
lnf Rs 150
ked Rs 100
Rs 550

01-12-2011  14:48TM CL01 4702 CASH                550.00

3.- Service of the aforesaid documents has been effected in accordance with the Laws in force in Mauritius.

Sworn by the abovenamed Deponent,   )

At Chambers, Supreme Court,   )

Port Louis this day of   1st day of   )

December, 2011.   )

Before Me,

(D. BEEDASSY)
Principal Court Officer,
Supreme Court

APOSTILLE

(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)

1 Pays : République de Maurice
  Country : Republic of Mauritius
  Le Présent acte publique
  This Public document
2 a été signé par   )
  has been signed by ) D. Beedassy
3 agissant en qualité de )
  acting in the capacity of ) Principal court officer
4 est revêtu de sceau / timbre de)
  bears the seal / stamp of the ) Supreme court
  ATTESTÉ
  CERTIFIED
5 à)   Port Louis   6 le )
  at)            the) 05/12/11

7 par)
  by )   S. Vallee
8 sous No.)
  No.)   16009/2011
9 Sceau / timbre)
  seal / stamp)   10 Signature

SECRÉTAIRE PERMANENT DU BUREAU DU PREMIER MINISTRE
PERMANENT SECRETARY OF THE PRIME MINISTER'S OFFICE

SEEN AT THIS MINISTRY
K. ANGAREECAH
Secretary for Foreign Affairs 05/12/11
MINISTRY OF FOREIGN AFFAIRS,
REGIONAL INTEGRATION AND INTERNATIONAL TRADE
REPUBLIC OF MAURITIUS