USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|22|11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x
                                                        :
BAYER HEALTHCARE LLC,                                    :
                                                        :
                        Plaintiff,                      :
                                                        :
                v.                                      :    11 CIV. 6347 (PKC)
                                                        :
CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC :            ECF CASE
PET MEDS, RONIN VENTURES PTE. LTD. d/b/a                 :
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO :                  **CLERK'S**
SUPPLIERS PTY LTD d/b/a FREEDOM-                         :    **CERTIFICATE**
PHARMACY.COM and USAPHARMACYPILLS.COM, :
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE :
PHARMACY EXPRESS, SAVA MEDICARE LTD. and :
ABC COMPANIES 1-100,                                     :
                                                        :
                        Defendants.                     :
                                                        :
————————————————————————— x


        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that on November 3, 2011, plaintiff filed an

amended complaint, and, on December 1, 2011, a copy of the amended complaint was

served on defendant Sava Medicare, Ltd. ("Sava"), by leaving a certified copy thereof

with Mr. Vijay Pawak at Sava's offices in Mauritius. Proof of such service was filed on

December 5, 2011.

I further certify that the docket entries indicate that defendant Sava has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Sava is hereby noted.

Dated: New York, New York
       December 28, 2011

**RUBY J. KRAJICK**
Clerk of the Court

By _____
       Deputy Clerk