UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| BAYER HEALTHCARE LLC, | : |
| Plaintiff, | : |
| v. | : 11 CIV. 6347 (PKC) |
| CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC PET MEDS, RONIN VENTURES PTE. LTD. d/b/a TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO SUPPLIERS PTY LTD d/b/a FREEDOM-PHARMACY.COM and USAPHARMACYPILLS.COM, HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE PHARMACY EXPRESS, SAVA MEDICARE LTD., and ABC COMPANIES 1-100, | : ECF CASE |
| Defendants. | : |

------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Christopher J. Hamilton, an associate at Debevoise & Plimpton LLP, hereby certify that I caused true and correct copies to be served on Sava Medicare Ltd. of: (1) a Notice of Motion, (2) a Memorandum of Law in Support of Plaintiff's Application for Default Judgment against Defendant Sava Medicare Ltd., (3) a Declaration in Support of Plaintiff's Application for Default Judgment against Defendant Sava Medicare Ltd., and (4) a Proposed Default Judgment and Order.

On January 9, 2012, I caused defendant Sava Medicare Ltd. to be served by mail at the following address:

2

      Sava Medicare Ltd.
      Expost Office, Freeport Zone #9
      SSR, International Airport
      Plaine Magnien
      Mauritius

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

      Executed on January 9, 2012

                                              /s/ Christopher J. Hamilton
                                              Christopher J. Hamilton