# VERITAS PHARMA PTE LTD

(Doing Business as Otcvetmeds.com)
P.O box 613,
Singapore
E-mail-sales@otcvetmeds.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE  2-7-12

11 Civ 6347
Bayer Healthcare v. CIPLA

27th Jan.2012

The Honourable P.Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, 10007-1312

**This has with reference to the request for a pre-motion conference filled by plaintiff for Bayer, Christopher J. Hamilton on 25 Jan 2012.**

We wish to make following submissions

We had received previous notices from this counsel and without going into the merit of the case; we decided to stop the listing of **Da-Double Advantage & Advantix** on our website from 21st Sept.2011.

Hence, there has been no sale of these products to any consumer from 21st Sept.2011

Please see the copy of the e-mail communication we sent to the Bayer's counsel.

We didn't hear back after that from them.

In view of this, the remedies sought by Bayer are unjustified and unreasonable. Bayer is simply wasting precious time of the honourable court as we have taken adequate measures after getting previous notices.

Thanking you,

For Veritas Pharma Pte Ltd.

Vinod Maurya
Legal Incharge



RECEIVED
FEB 0 7 2012
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

| | |
|---|---|
| From: | Otcvetmeds [sales@otcvetmeds.com] |
| Sent: | Wednesday, September 21, 2011 11:53 AM |
| To: | 'Hamilton, Christopher J.' |
| Cc: | 'Bernstein, David H.'; 'Schaper, Michael'; 'Otcvetmeds' |
| Subject: | RE: Bayer HealthCare LLC v. Cipla Ltd., No. 11 Civ. 6347 (PKC) |

Hamilton,

Please ignore our previous e-mail.

After consideration of your Notice, we have discontinued the selling of Da Double Advantage for dogs

Thanks & Regards,
**OTC Pet Meds**

**From:** Otcvetmeds [mailto:sales@otcvetmeds.com]
**Sent:** 21 September 2011 10:50
**To:** 'Hamilton, Christopher J.'
**Cc:** 'Bernstein, David H.'; 'Schaper, Michael'; 'sales@otcvetmeds.com'
**Subject:** RE: Bayer HealthCare LLC v. Cipla Ltd., No. 11 Civ. 6347 (PKC)

Hamilton,

After consideration of your Notice, we have discounted the selling of Da Double Advantage for dogs.

Thanks & Regards,
**OTC Pet Meds**

-----Original Message-----
From: Hamilton, Christopher J. [mailto:cjhamilt@debevoise.com]
Sent: 15 September 2011 07:21
To: 'sales@otcvetmeds.com'
Cc: Bernstein, David H.; Schaper, Michael
Subject: RE: Bayer HealthCare LLC v. Cipla Ltd., No. 11 Civ. 6347 (PKC)

sent the email below to this address earlier today. If the below email was not delivered, please reply to this email with instructions as to how we can send you the referenced materials.

-----Original Message-----
From: Hamilton, Christopher J.
Sent: Wednesday, September 14, 2011 5:06 PM
To: 'sales@otcvetmeds.com'
Cc: Bernstein, David H.; Schaper, Michael
Subject: Bayer HealthCare LLC v. Cipla Ltd., No. 11 Civ. 6347 (PKC)

We represent Bayer HealthCare LLC in the above-named matter. Please find attached a zip file containing an Order granting Bayer HealthCare LLC leave to serve the defendants in this matter by alternative means. The zip file also contains Bayer HealthCare LLC's summons, complaint and notice of motion for a preliminary injunction, with accompanying brief and declarations.

Regards,

Christopher J. Hamilton
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212)909-6483

    \*      \*      \*      \*      \*      \*      \*      \*

PRIVILEGED AND CONFIDENTIAL

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.