David H. Bernstein (dhbernstein@debevoise.com)
Michael Schaper (mschaper@debevoise.com)
Christopher J. Hamilton (cjhamilton@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

Attorneys for Plaintiff Bayer HealthCare LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
                                          :
BAYER HEALTHCARE LLC,                     :
                                          :
                Plaintiff,                :   11 CIV. 6347 (PKC)
                                          :
            v.                            :   ECF CASE
                                          :
CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC : **CERTIFICATE OF SERVICE**
PET MEDS, RONIN VENTURES PTE. LTD. D/B/A  :
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO  :
SUPPLIERS PTY LTD d/b/a FREEDOM-          :
PHARMACY.COM and USAPHARMACYPILLS.COM,    :
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE :
PHARMACY EXPRESS, SAVA MEDICARE LTD. and  :
ABC COMPANIES 1-100,                      :
                                          :
                Defendants.               :
                                          :
―――――――――――――――――――――――― x

IN THE SUPREME COURT OF MAURITIUS.

In the matter of :-

Bayer Healthcare LLc,

Plaintiff,

v.s

Cipla Ltd, Veritas Pharma Pte Ltd. d/b/a OTC Pet Meds, Ronin Ventures Pte.Ltd. d/b/a Trusted Pet Meds, OKPet.com, Archipelago Suppliers Pty Ltd d/b/a Freedom-Pharmacy.com and USAPharmacyPills.com, Healthy Choice Pharmacy.com Inc. d/b/a The Pharmacy Express, Sava Medicare Ltd and ABC Companies 1-100,

Defendants,



I, Deepnath BUKHORY, of Jhowry Lane, Long Mountain, in the Republic of Mauritius, and holder of National Identity card bearing number B2304630401894,

**MAKE SOLEMN AFFIRMATION AS A HINDU AND SAY:-**

1. That I am a Court Usher of The Supreme Court of Mauritius and as such empowered by Law to serve process of the Court and other documents within the Jurisdiction of the above Court.

2. That on Tuesday the 14th February 2012 at 14.54 hrs in the afternoon I duly served the following foreign documents:-

   (i). A certified copy of Notice of Motion for a Finding of Civil Contempt and Order for sanctions dated 6th February, 2012 duly apostilled and issued by the United States District Court of New York,
   (ii). A certified copy of Memorandum in support of Motion dated 6th February, 2012 duly apostilled,
   (iii). A certified copy of Declaration in support of Motion dated 6th February 2012 duly apostilled,
   (iv). A copy of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York dated 23rd January, 2012,

Upon the defendant No.2, Ronin Ventures Pte, Ltd./Trusted Pet Meds by leaving true and certified copies thereof with Mrs Ishina RAJNAT, a Receptionist, found at the office of the

Fees : Rs 550. /1

17-02-2012  14:04IN LLOI 3338 CASH                                550.00

said Ronin Ventures Pte, Ltd./Trusted Pet Meds situate at CKLB International Management Ltd, 1st Floor, Felix House, 24 Dr.Joseph Riviere street, Port Louis.

3. That Service of documents have been effected in accordance with the Laws in force in Mauritius.

Solemnly affirmed by the abovenamed deponent)

at Chambers, Supreme Court House, Port Louis   )

This 17 day of February 2012.   )

Before me,

DEORAZ BEEDASSY
Principal Court Officer
Supreme Court

SEEN AT THIS MINISTRY
(D Gaboodoo)
Secretary For Foreign Affairs 21/2/12
MINISTRY OF FOREIGN AFFAIRS,
REGIONAL INTEGRATION AND INTERNATIONAL TRADE
REPUBLIC OF MAURITIUS

APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)
1 Pays : République de Maurice
  Country : Republic of Mauritius
  Le Présent acte publique
  This Public document
2 a été signé par   )
  has been signed by ) D Beedassy
3 agissant en qualité de   )
  acting in the capacity of ) Principal Court Officer
4 est revêtu de sceau / timbre de)
  bears the seal / stamp of the ) Supreme Court
ATTESTÉ
CERTIFIED
5 à )   Port Louis   6 le )
   at)                the) 21/02/12
7 par )
  by ) B Rajahbalee Ag de
8 sous No.)
   No.) 2057/2012
9 Sceau / timbre)
  seal / stamp)   10 Signature
SECRÉTAIRE PERMANENT DU BUREAU DU PREMIER MINISTRE
PERMANENT SECRETARY OF THE PRIME MINISTER'S OFFICE