UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-12
```

BAYER HEALTHCARE LLC,

        Plaintiff,

        v.

CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC PET MEDS, RONIN VENTURES PTE. LTD. d/b/a TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO SUPPLIERS PTY LTD d/b/a FREEDOM-PHARMACY.COM and USAPHARMACYPILLS.COM, HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE PHARMACY EXPRESS, and ABC COMPANIES 1-100,

        Defendants.

----------------------------------------------------------------- x

11 CIV. 6347 (PKC)

ECF CASE

**ORDER FOR ALTERNATIVE SERVICE OF MOTION PAPERS**

        WHEREAS, Plaintiff Bayer HealthCare LLC ("Bayer") filed a notice of motion for civil contempt and order for sanctions against defendants Veritas Pharma Pte. Ltd., d/b/a OTC Pet Meds and OKPet.com, (the "Defendants") on February 6, 2012;

        WHEREAS, Plaintiff Bayer is required by Local Civil Rule 83.6 to serve Defendants in "the manner provided for by the Federal Rules of Civil Procedure for the service of a summons;"

        WHEREAS, on September 14, 2011, this Court granted Bayer leave to serve Defendants the summons, complaint and preliminary injunction motion by alternative means;

WHEREAS, despite diligent efforts, Bayer has been unable to locate an office for service of process for Defendants because efforts to obtain a reliable physical address failed, and Bayer knows no appropriate mailing address by which to serve them;

WHEREAS, service of the motion for a finding of civil contempt and order for sanctions at the following e-mail addresses is reasonably calculated to give Defendants actual notice of the motion and does not offend due process:

- Veritas Pharma Pte. Ltd., d/b/a OTC Pet Meds, by e-mail at sales@otcvetmeds.com;
- OKPet.com by e-mail at info@okpet.com and techsupport@okpet.com;

NOW THEREFORE, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 4(f)(3) and 4(h)(2) and Local Civil Rule 83.6, that Bayer may serve its notice of motion for a finding of civil contempt and order for sanctions and accompanying brief and declarations thereto, along with a copy of this Order, on:

- Veritas Pharma Pte. Ltd., d/b/a OTC Pet Meds, by e-mail at sales@otcvetmeds.com;
- OKPet.com by e-mail at info@okpet.com and techsupport@okpet.com.

IT IS FURTHER ORDERED that defendants shall serve their opposition, if any, to Bayer's motion for a finding of civil contempt and order for sanctions within 17 days of the date of Bayer's service, and any reply by Bayer should be served within seven days. *This Order terminates the [illegible] motion at Docket #42.*

SO ORDERED this 27th day of Feb 2012

_____
U.S.D.J.