UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BAYER HEALTHCARE LLC,

                Plaintiff,

                v.

CIPLA LTD., VERITAS PHARMA PTE. LTD. d/b/a OTC
PET MEDS, RONIN VENTURES PTE. LTD. d/b/a
TRUSTED PET MEDS, OKPET.COM, ARCHIPELAGO
SUPPLIERS PTY LTD d/b/a FREEDOM-
PHARMACY.COM and USAPHARMACYPILLS.COM,
HEALTHY CHOICE PHARMACY.COM INC. d/b/a THE
PHARMACY EXPRESS, SAVA MEDICARE LTD., and
ABC COMPANIES 1-100,

                Defendants.
------------------------------------------------------------------------X

11 CIV. 6347 (PKC)

ECF CASE

## CERTIFICATE OF SERVICE

    I, Michael Schaper, member of Debevoise & Plimpton LLP, hereby certify that I caused true and correct copies to be served, pursuant to this Court's Order dated February 27, 2012, on Veritas Pharma Pte. Ltd. d/b/a OTC Pet Meds and OKPet.com of: (1) a Notice of Motion, (2) a Memorandum of Law in Support of Plaintiff's Motion for a Finding of Civil Contempt and Order for Sanctions against Defendants Veritas Pharma Pte. Ltd. d/b/a OTC Pet Meds, Ronin Ventures Pte. Ltd. d/b/a Trusted Pet Meds and OKPet.com, (3) a Declaration in Support of Plaintiff's Motion for Alternative Service and for a Finding of Civil Contempt and Order for Sanctions against Defendants Veritas

Pharma Pte. Ltd. d/b/a OTC Pet Meds, Ronin Ventures Pte. Ltd. d/b/a Trusted Pet Meds and OKPet.com(4) a proposed Order and (5) the Court's February 27, 2012 Order.

On February 28, 2012, I caused the following defendants to be served by the following means:

- Veritas Pharma Pte. Ltd. d/b/a OTC Pet Meds, by e-mail at sales@otcvetmeds.com.

- OKPet.com by e-mail at info@okpet.com and techsupport@okpet.com.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2012

/s/ Michael Schaper
Michael Schaper