# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-12

**MEMO ENDORSED**



February 29, 2012

Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York  10007

*Bayer Healthcare LLC et al. v. Cipla Ltd. et al.*, No. 11-CV-6347

**Notice of Withdrawal of Attorney**

Dear Judge Castel:

Please be advised that, effective March 1, 2012, I no longer will be employed by the firm of Debevoise & Plimpton LLP, the attorneys for plaintiff Bayer Healthcare LLC in the above-captioned matter. Debevoise & Plimpton LLP will continue to represent said plaintiff in the above-captioned matter.

I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please signify your approval of this withdrawal by having this letter memo endorsed or so ordered so that the clerk may modify and update the court's records accordingly.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Benjamin Sirota

Granted
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
3-1-12

RECEIVED
MAR 01 2012
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

23612285v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai